UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                           CRIMINAL NO. 08-62-FJP-SCR

CALVIN CARL ST. CYR

### RULING

This matter is before the Court to determine whether the defendant's request for a retroactive concurrent designation in case numbers 10-07-0565 and 12-07-0027 (19th Judicial District Court) should be granted.  For reasons which follow, the Court finds defendant's request should be granted.

According to the judgment and commitment order in this case, the Court recommended the defendant's sentence run consecutively to any previous state or federal sentence, specifically, case numbers 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 and 03-06-0511 in the 19th Judicial District Court. However, subsequent to the defendant's federal sentencing, St. Cyr was sentenced in the 19th Judicial District Court to one year imprisonment for unlawful use of a motor vehicle, illegal possession of a firearm by a convicted felon, and simple burglary (case numbers 10-07-0565 and 12-07-0027).  The defendant now requests a retroactive concurrent designation to effect concurrent service of his federal sentence and state sentences imposed in case numbers 10-07-0565 and 12-07-0027.

Doc#47030

C: BOP, USPO, USA, St. Cyr

After a review of the presentence report, case number 12-07-0027 contains the same criminal behavior as the instant federal offense. Furthermore, the charge of unlawful use of a motor vehicle contained in case number 12-07-0027 was the reason for an increase in the offense level for the instant federal offense pursuant to USSG § 2K2.1(b)(6). The Court is aware that the Bureau of Prisons makes the final determination and is responsible for giving the defendant credit; however, the Bureau of Prisons now seeks to give the Court an opportunity to state its position with respect to a retroactive concurrent designation.

According the to Bureau of Prisons records, the defendant's projected release date (prior to his request) is February 17, 2018. In the event the Bureau of Prisons grants the defendant's request, his projected release date will be September 15, 2017.

Considering the above facts, the Court has no opposition to allowing the defendant credit for time served in state custody on case numbers 12-07-0027 and 10-07-0565. A copy of this ruling shall be sent to the Bureau of Prisons, the defendant, the United States Attorney's Office, and the U. S. Probation Department for the Middle District of Louisiana.

Baton Rouge, Louisiana, November 16, 2010.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA